UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50Walnut Street
Newark, NJ 07102

**Order Filed on June 6, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

 Agapi Haralambidis

| | |
|---|---|
| Case No.: | 18-18399 |
| Chapter: | 7 |
| Judge: | Sherwood |

## ORDER ON THE APPLICATION TO HAVE THE
## CHAPTER 7 FILING FEE WAIVED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 6, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

After considering the debtor's *Application to Have the Chapter 7 Filing Fee* Waived the court orders that the application is:

☑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

❑ **Denied.** The debtor must pay the filing fee according to the following terms:

You must pay …..                     On or before this date …..

$ _____     _____ (month/day/year)

$ _____     _____ (month/day/year)

$ _____     _____ (month/day/year)

$ _____     _____ (month/day/year)

Total: $ _____0.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❑ Scheduled for Hearing

A hearing to consider the debtor's application will be held on _____ at _____ __M at:

Courthouse address: _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-18399-JKS
Agapi Haralambidis                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 07, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db            +Agapi Haralambidis,    38 Sunset Place,    Bergenfield, NJ 07621-2034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
          Barbara  Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
          as Christiana Trust, not in its individual capacity, but solely as trustee, ET AL.
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 3