UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Agapi Haralambidis  
    Debtor(s).

Case No.: __18-18399-JKS__  
Chapter: __7__  
Judge: __Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ  
PO Box 1352  
Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __9/18/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 38 Sunset Place, Bergenfield, NJ.  
Fair Market Value: $350,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Fay Servicing in the approximate amount of $440,622.79 |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Barbara A. Edwards, Interim Trustee  
Address:    Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.:  201-796-3100

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-18399-JKS
Agapi Haralambidis                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 17, 2018
                              Form ID: pdf905          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             +Agapi Haralambidis,    38 Sunset Place,    Bergenfield, NJ 07621-2034
cr              American Express National Bank,    Becket & Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
517557757      +American Express,   PO Box 981537,    El Paso, TX 79998-1537
517491236       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517557766     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
517557760      +Caine & Weiner Bio Reference Lab,    PO Box 6241,    Sioux Falls, SD 57117-6241
517557763      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517557755      +Citi Bank,   PO Box 6241,    Sioux Falls, SD 57117-6241
517557759      +Commonwealth Financial System Emergency Physician,     245 Main St.,
                 Dickson City, PA 18519-1641
517557750      +Fay Financial,   939 W. North Ave,    Chicago, Il 60642-7138
517479530      +Fay Servicing,   c/o Knuckles Komosinki,    & Manfro LLP,    50 Tice Blvd. #183,
                 woodcliff Lake, NJ 07677-7681
517557761      +Gem Recovery North Jersey Orthopedics,    1001 McBride Av.,    Little Falls, NJ 07424-2534
517557756      +Hackensack University Med. Ct.,    30 Prospect Av,    Hackensack, NJ United States 07601-1915
517557762      +Macy's,   PO Box 8218,   Mason, OH 45040-8218
517557754      +Mdland Funding LLC,    8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
517557752       Portfolio Recovery Assoc., LLC,    1 W. Corporate Blvd. Ste 100,    Norfolk, VA 23502
517557768      +Ral,   401 Hackensack, Ave.,    Hackensack, NJ 07601-6419
517557770      +SYNCB Gap. Wallmart, JC Penney,    4125 Windward Plaza,    Alpharetta, GA 30005-8738
517557769      +Syncb Care Credit, 6th Ave Electronics, Electroni,     po Box 965036,    Orlando, Fl 32896-5036
517557758      +Target National Bank,    3701 Wayzata Blvd #M56C,    Minneapolis, MN 55416-3401
517557771      +WFFNA T Bank,   800 Walnut St.,    Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:26      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:44
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517557764      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:54      Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517557753      +E-mail/Text: bankruptcy@cavps.com Aug 18 2018 00:16:51      Cavalry Spv 1 LLC,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2321
517557767      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2018 00:16:04      Comenity Bank,
                 PO Box 182789,   Columbus, OH 43218-2789
517557751       E-mail/Text: mrdiscen@discover.com Aug 18 2018 00:15:24      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
517557765      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2018 00:16:04      Spirit of Americas,
                 1103 Allen Drive,   Milford, OH 45150-8763
517481486      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:20:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                  Page 2 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: pdf905              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
```
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee, ET AL.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee, ET AL.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```