**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Agapi Haralambidis<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6238<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–18399–JKS | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Agapi Haralambidis

10/9/18                                    **By the court:**   John K. Sherwood
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-18399-JKS
Agapi Haralambidis                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: Oct 09, 2018
                              Form ID: 318           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db           +Agapi Haralambidis,    38 Sunset Place,    Bergenfield, NJ 07621-2034
517557760    +Caine & Weiner Bio Reference Lab,    PO Box 6241,    Sioux Falls, SD 57117-6241
517557759    +Commonwealth Financial System Emergency Physician,    245 Main St.,
               Dickson City, PA 18519-1641
517557750    +Fay Financial,    939 W. North Ave,    Chicago, Il 60642-7138
517479530    +Fay Servicing,    c/o Knuckles Komosinki,   & Manfro LLP,    50 Tice Blvd. #183,
               woodcliff Lake, NJ 07677-7681
517557761    +Gem Recovery North Jersey Orthopedics,    1001 McBride Av.,    Little Falls, NJ 07424-2534
517557756    +Hackensack University Med. Ct.,    30 Prospect Av,    Hackensack, NJ United States 07601-1915
517557754    +Mdland Funding LLC,    8875 Aero Dr., Ste 200,    San Diego, CA 92123-2255
517557752     Portfolio Recovery Assoc., LLC,    1 W. Corporate Blvd. Ste 100,    Norfolk, VA 23502
517557768    +Ral,   401 Hackensack, Ave.,    Hackensack, NJ 07601-6419
517557770    +SYNCB Gap. Wallmart, JC Penney,    4125 Windward Plaza,    Alpharetta, GA 30005-8738
517557769    +Syncb Care Credit, 6th Ave Electronics, Electroni,    po Box 965036,    Orlando, Fl 32896-5036
517557771    +WFFNA T Bank,    800 Walnut St.,   Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 01:12:04     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 01:12:00     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: BECKLEE.COM Oct 10 2018 04:28:00     American Express National Bank,   Becket & Lee, LLP,
               PO Box 3001,   Malvern, PA 19355-0701
cr           +EDI: RMSC.COM Oct 10 2018 04:28:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
517557757    +EDI: AMEREXPR.COM Oct 10 2018 04:28:00     American Express,   PO Box 981537,
               El Paso, TX 79998-1537
517491236     EDI: BECKLEE.COM Oct 10 2018 04:28:00     American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
517557766     EDI: BANKAMER.COM Oct 10 2018 04:28:00     Bank of America,   PO Box 982238,
               El Paso, TX 79998
517557764    +EDI: CAPITALONE.COM Oct 10 2018 04:28:00     Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
517557753    +E-mail/Text: bankruptcy@cavps.com Oct 10 2018 01:12:17     Cavalry Spv 1 LLC,
               500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2321
517557763    +EDI: CHASE.COM Oct 10 2018 04:28:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
517557755    +EDI: CITICORP.COM Oct 10 2018 04:28:00     Citi Bank,   PO Box 6241,
               Sioux Falls, SD 57117-6241
517557767    +EDI: WFNNB.COM Oct 10 2018 04:28:00     Comenity Bank,   PO Box 182789,
               Columbus, OH 43218-2789
517557751     EDI: DISCOVER.COM Oct 10 2018 04:28:00     Discover Bank,   PO Box 15316,
               Wilmington, DE 19850
517557762    +EDI: TSYS2.COM Oct 10 2018 04:28:00     Macy's,   PO Box 8218,   Mason, OH 45040-8218
517557765    +EDI: WFNNB.COM Oct 10 2018 04:28:00     Spirit of Americas,   1103 Allen Drive,
               Milford, OH 45150-8763
517481486    +EDI: RMSC.COM Oct 10 2018 04:28:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517557758    +EDI: WTRRNBANK.COM Oct 10 2018 04:28:00     Target National Bank,   3701 Wayzata Blvd #M56C,
               Minneapolis, MN 55416-3401
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2            Date Rcvd: Oct 09, 2018
                              Form ID: 318               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee, ET AL.
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business
               as Christiana Trust, not in its individual capacity, but solely as trustee, ET AL.
                rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```